UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **MARSHALL MCCLAIN, on behalf of himself and others similarly situated,** )<br>)<br>)<br>*Plaintiff*  )<br>)<br>v.  )<br>)<br>)<br>**NEW STRATA INC. d/b/a FIVE STRATA**  )<br>)<br>*Defendant* | Civil Action No. 3:25-cv-07539-TSH |

## AFFIDAVIT OF SERVICE

I, Carlos Velasquez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NEW STRATA INC. d/b/a FIVE STRATA in Salt Lake County, UT on September 15, 2025 at 12:10 pm at 1108 E S Union Ave, Midvale, UT 84047 by leaving the following documents with Dani Snow who as Authorized to Accept at Incorporation Services Ltd. is authorized by appointment or by law to receive service of process for NEW STRATA INC. d/b/a FIVE STRATA.

Five Strata Service Package.pdf

Additional Description:
"Dani Snow" at "AllSearch" received the document.

, est. age Unknown, glasses: N,  hair, , .
Geolocation of Serve: https://google.com/maps?q=40.6175464962,-111.8597423952
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Salt Lake County</u>, <u>UT</u> on <u>9/18/2025</u>. | /s/ *Carlos Velasquez* <br> Carlos Velasquez - +1 (801) 671-0361 <br> Registration No.: <br> Registration County: |



Exhibit 1a)