UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL McCLAIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEW STRATA INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 4:25-cv-07539-YGR<br><br>**FIRST JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 6-1 and 7-12, Plaintiff Marshall McClain and Defendant New Strata Inc. stipulate and declare as follows:

WHEREAS, Plaintiff filed his complaint on September 5, 2024;

WHEREAS, Plaintiff served the Complaint on September 15, 2024 (ECF No. 8);

WHEREAS, the parties are currently exchanging informal discovery to further assess the claims and defenses in this matter;

WHEREAS, the parties have sought no previous extensions;

WHEREAS, the proposed extension "will not alter the date of any event or deadline already fixed by Court order" under Local Rule 6-1(a).

NOW THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

The deadline for Defendant to respond to the Complaint will be September 27, 2025.

Dated:  October 7, 2025                                    **OLIVER LAW CENTER, INC.**

By: ___/s/___
Dana J. Oliver, Esq. (SBN: 291082)
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
dana@danaoliverlaw.com

*Attorneys for Plaintiff*

Dated:  October 7, 2025                                    **NEW STRATA INC.**

By: [signature]
Kinsey Jackson
Vice President of Operations

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that each of the other signatories have concurred in the filing of this document.

___/s/___

FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 4:25-CV-07539-YGR