**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARSHALL McCLAIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>NEW STRATA INC.,<br><br>      Defendant. | Case No. 4:25-cv-07539 |

## NOTICE OF SETTLEMENT

 The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

Dated: October 27, 2025

          */s/ Anthony Paronich*
          Anthony Paronich
          **Paronich Law, P.C.**
          350 Lincoln St, Suite 2400
          Hingham, MA 02043
          Phone: (617) 485-0018
          Fax: (508) 318-8100
          anthony@paronichlaw.com

          Attorney for Plaintiffs