**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARSHALL MCCLAIN,**<br>　　　Plaintiff,<br>　　v.<br>**NEW STRATA INC.,**<br>　　　Defendant. | Case No.: 4:25-cv-07539-YGR<br><br>**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 14 |

　　The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement. (Dkt. No. 14.)

　　Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

　　It is further **ORDERED** that if the parties do not file a stipulation of dismissal with prejudice by **December 15, 2025,** following the execution of a settlement agreement and compliance with its terms, either party may request that this Order be vacated, and the case be reopened and restored to the calendar for further proceedings.

　　**IT IS SO ORDERED.**

Dated:　October 29, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**