# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARSHALL McCLAIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NEW STRATA INC.,

Defendant.

Case No. 4:25-cv-07539-YGR

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

The plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Respectfully submitted in this 28th day of January, 2026

<u>/s/ Anthony I. Paronich</u>
Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28